JS6

**cc: Los Angeles Superior Court, 24STCV03388**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA LAUREN MORENO, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONCENTRA HEALTH SERVICES, INC., a Nevada Corporation; SELECT EMPLOYMENT SERVICES, INC.; a corporation; SELECT MEDICAL CORPORATION; a Delaware corporation; DUKE KRATHIUM, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:24-CV-02073-RGK-AJRx<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND TO STATE COURT<br><br>[17] |

///
///
///

By stipulation and agreement of Plaintiff BRIANNA LAUREN MORENO ("Plaintiff") and Defendants CONCENTRA HEALTH SERVICES, INC., SELECT EMPLOYMENT SERVICES, INC., SELECT MEDICAL CORPORATION, and DUKE KRAUTIM, improperly named as Duke Krathium, ("Defendants") (collectively the "Parties"), and for good cause shown, the Court hereby GRANTS the Parties' Joint Stipulation to Remand to State Court,

Accordingly, it is hereby ORDERED that this action is remanded to State Court in accordance with the Parties' Joint Stipulation to Remand to State Court.

IT IS SO ORDERED.

DATED: 4/4/2024

_____
Hon. R. Gary Klausner